MAY 10, 1954

No. 58101.—SUITS 4755/6.—United States v. N. M. Albert Co. and Max Steinmetz; N. M. Albert Co. and Max Steinmetz v. United States.—

C. D. 1455 reversed February 3, 1954. C. A. D. 549.

MAY 12, 1954

No. 58102.—SUIT 4804.—United States v. Modern Food Products Co. et al.—
C. D. 1556. (Appeal dismissed March 23, 1954.)

No. 58103.—SUIT 4788.—H. S. Dorf & Co., Inc., a/c Joseph H. Meyer Bros. v. United States.—A. R. D. 28 affirmed February 3, 1954.   C. A. D. 548.